IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ROBERT J. ELLIS
      PLAINTIFF

VERSUS                          Civil Action No. :1:04cv120LG-JMR

LANDINGS ASSOCIATES, LTD., THE MITCHELL
COMPANY, TRUSTMARK BUILDERS, INC., and
SCOTTY JONES, Individually And As
Employee/Agent Of Landings Associates,
Ltd., The Mitchell Company, And Trustmark
Builders, Inc.
      DEFENDANTS

---

## CORRECTED ORDER OF DISMISSAL

---

There came on to be heard on the Motion, *ore tenus*, of the Plaintiff,

Robert J. Ellis, to Correct the Order of Dismissal (Document 120) entered in this

cause on November 30, 2007, wherein the Plaintiff, Robert J. Ellis, and

Defendants, Landings Associates, LTD., and Mitchell Company, having

announced a settlement between them and the Court having previously granted

summary judgments in favor of the Defendants, Trustmark Builders, Inc. and

Scotty Jones, there being no further matters before the Court, the Court finds

that a final Order of Dismissal with prejudice should be entered as to the

Defendants Landings Associates, LTD., and Mitchell Company and that the

Court's previous Orders granting summary judgment are now final and

appealable under Rule 54(b), Federal Rules of Civil Procedure.  It is therefore,

ORDERED AND ADJUDGED, that this case is hereby dismissed with

prejudice as to Defendants, Landings Associates, LTD., and Mitchell Company.  If

any party fails to consummate this settlement within (20) days, any aggrieved

party may reopen the case for enforcement of the settlement agreement within

ten days, and if successful, all additional attorneys' fees and costs from this date

shall be awarded such aggrieved party or parties against the party failing to

consummate the agreement.  This Court specifically retains jurisdiction to

enforce the settlement agreement.  It is further,

ORDERED AND ADJUDGED the Memorandum Opinion and Order Denying

Plaintiff's Motion for Partial Summary Judgment (Document 73) entered on

March 7, 2006 and Order Granting Trustmark Builders, Inc. and Scotty Jones'

Motion for Summary Judgment (Document 108) entered on August 2, 2007 are

now final and appealable under Rule 54(b), Federal Rules of Civil Procedure.

SO ORDERED AND ADJUDGED this, the 5th day of December, 2007.


s/John M. Roper Sr.
UNITED STATES MAGISTRATE JUDGE


Prepared by:
TIM C. HOLLEMAN (MSB # 2526)
D. JEFFREY WHITE (MSB # 9144)
BOYCE HOLLEMAN & ASSOCIATES
11240 HIGHWAY 49 NORTH, SUITE 400D
GULFPORT, MS  39503
TELEPHONE:  228-539-9600
FACSIMILE:   228-539-9699