**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| ROBERT J. ELLIS | § | PLAINTIFF |
| | § | |
| v. | § | CAUSE NO. 1:04CV120 LG-RHW |
| | § | |
| LANDINGS ASSOCIATES, LTD., THE MITCHELL CO., TRUSTMARK BUILDERS, INC. and SCOTTY JONES | § | DEFENDANTS |
| | § | |
| TRUSTMARK BUILDERS, INC. | § | THIRD-PARTY PLAINTIFF |
| | § | |
| v. | § | |
| | § | |
| RUSTY STEVENS and FIREMAN'S FUND INSURANCE CO. | § | THIRD-PARTY DEFENDANTS |

## JUDGMENT

This matter having come on to be heard on the Summary Judgment motions filed by the Plaintiff and the Defendants, the Court, after a full review and consideration of the Motions, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants, Trustmark Builders, Inc. and Scotty Jones, pursuant to FED. R. CIV. P. 56. The Plaintiff's claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 19th day of November, 2009.

*s/ Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE